AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Stephen F. | U.S. Court of Appeals, DC Ci | 10/30/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior Status^ | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Appeals
333 Constitution Avenue, NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 10/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | DC Public Schools |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Colorado | February 8-February 11, 2013 | Boulder, CO | Speaker on panel in telecommunications program | Transportation, food and lodging |
| 2. | Federalist Society | March 25, 2013 | Lexington, KY | Delivered lecture at law school | Transportation, food and lodging |
| 3. | American Law Institute | October 3-October 4, 2013` | Philadelphia, PA | Participant in discussion of ALI Restatement draft | Transportation, food and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 10/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 10/30/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Trust # 1 J P Morgan, N.1 | B | Int/Div | L | T | | | | | |
| 2.  - Cash | | | | | | | | | |
| 3.  - J P Morgan Access Balanced Fund | | | | | | | | | |
| 4.  Dreyfus S&P 500 Fund | C | Dividend | L | T | | | | | |
| 5.  Vanguard Index 500 | D | Dividend | N | T | | | | | |
| 6.  Vanguard Prime MM Fund | A | Dividend | L | T | | | | | |
| 7.  Vanguard Mid-Cap Index | D | Dividend | O | T | | | | | |
| 8.  Barrick Gold Corp. | A | Dividend | | | Sold | 11/29/13 | J | | |
| 9.  Gold Corp., Inc | A | Dividend | K | T | | | | | |
| 10. House, Boulder, CO | D | Rent | O | W | | | | | |
| 11. PNC Bank | A | Interest | L | T | | | | | |
| 12. TIAA CREF Ret. Annuities | C | Distribution | M | T | | | | | |
| 13. Nestle | A | Dividend | L | T | | | | | |
| 14. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 15. Questar | A | Dividend | K | T | | | | | |
| 16. QEP Resources | A | Dividend | K | T | | | | | |
| 17. Merck | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williams, Stephen F.** | 10/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust No. 2, BNY Mellon, N.2 | B | Dividend | M | T | | | | | |
| 19. - Mellon Cash Reserve | | | | | | | | | |
| 20. - Mellon Income Stock Fund | | | | | | | | | |
| 21. - Mellon Focsued Equity | | | | | | | | | |
| 22. - Dreyfus Opportunistic small Cap Fund | | | | | | | | | |
| 23. - ETF Vanguard Emerging Markets | | | | | Sold | 05/01/13 | J | A | |
| 24. - Virtus Emerging Markets Fund | | | | | Buy | 05/01/13 | J | | |
| 25. - Dreyfus Large Cap Equity | | | | | | | | | |
| 26. - Dreyfus Large Cap Equity | | | | | Buy (add'l) | 11/12/13 | J | | |
| 27. - Strategic Global Stock Fund | | | | | | | | | |
| 28. - SPDR Gold Trust | | | | | Sold | 11/11/13 | J | A | |
| 29. Vanguard Prime MoneyMarket (T-CDW) N.3 | A | Dividend | J | T | | | | | |
| 30. PRIME Cap, Vanguard (T-CDW) | A | Dividend | L | T | | | | | |
| 31. Vanguard Extended Market (T-CDW) | C | Dividend | N | T | Buy | 01/30/13 | M | | |
| 32. Mathews Pacific Tiger (T-CDW) | B | Dividend | M | T | Buy | 02/01/13 | M | | |
| 33. HSBC Strcutured Note due v3/13/13 (IRA) | | None | | | Redeemed | 03/13/13 | L | D | |
| 34. JPM Access Multi-Strategy Fund (IRA) | | None | | | Sold | 05/13/13 | N | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 10/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Vanguard Small-Cap Index | B | Dividend | M | T | Buy | 06/12/13 | M | | |
| 36.  Mathews Pacific Tiger | C | Dividend | N | T | Buy | 01/17/13 | N | | |
| 37.  Vanguard Total Int'l (IRA) | D | Dividend | N | T | Buy (add'l) | 05/29/13 | L | | |
| 38.  Vanguard Total Stock Market (IRA) | D | Dividend | P1 | T | Buy (add'l) | 05/29/13 | L | | |
| 39. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 40.  Mathews Pacific Tiger (IRA) | B | Dividend | M | T | Buy | 03/26/13 | L | | |
| 41. | | | | | Buy (add'l) | 05/30/13 | L | | |
| 42.  Vanguard Money Market (IRA) | A | Dividend | J | T | | | | | |
| 43.  Vanguard Index 500 | D | Dividend | N | T | | | | | |
| 44.  Vanguard Prime Money Market | A | Dividend | J | T | | | | | |
| 45.  Vanguard Mid-Cap Index | C | Dividend | O | T | | | | | |
| 46.  Mathews Pacific Tiger | B | Dividend | M | T | Buy | 01/17/13 | M | | |
| 47.  Dreyfus S&P 500 Fund | D | Dividend | N | T | | | | | |
| 48.  Vanguard Money Market (IRA) | A | Dividend | J | T | | | | | |
| 49.  Mathews Pacific Tiger (IRA) | B | Dividend | M | T | Buy | 01/30/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 10/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This is a trust established by        of which I am a life beneficiary.   On Novmeber 15, 2013 the suffix to the name of the Fund, J P Morgan Access Balanced, changed from "Select" to "Installment."  The trustee changed from Chase Manhattan to J P Morgan by corporate acquisition.

2. This is a testamentary trust established by      of which I am the life beneficiary.

3. This is  a testamentary trust established by     , of which I am the life beneficiary.  Investments designated (T-CDW) are held in this trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen F. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544